1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LONNIE WILLIAMS,

11                Plaintiff,                        No. CIV S-06-1073 DFL GGH P

12          vs.

13    PRISON INDUSTRY AUTHORITY, et al.,

14                Defendants.                       <u>ORDER</u>

15    _____/

16          Plaintiff is a state prisoner proceeding pro se.  He seeks relief pursuant to 42

17    U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma

18    pauperis.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19    § 636(b)(1).

20          As a preliminary matter, before this court can make the determination whether

21    plaintiff can proceed in forma pauperis, it is necessary that his complaint reflect the actual

22    number of lawsuits he has brought while a prisoner and that he has set forth each case with its

23    respective disposition.  Plaintiff signed his complaint form under penalty of perjury.  See

24    Complaint Form, filed May 17, 2006, p. 3.  Plaintiff indicated that he had filed one (1) previous

25    lawsuit while a prisoner.  Court records, however, of which the undersigned takes judicial

26    \\\\\

1

notice,[1] indicate that plaintiff has previously filed in the United States District Court, Eastern District of California, alone no less than eleven (11) cases.  Thus, plaintiff has failed to truthfully declare the actual number of cases he has filed prior to filing this action.   Moreover, on the face of it, it appears that plaintiff is barred from proceeding in forma pauperis in this action, pursuant to 28 U.S.C. § 1915(g), which may be his reason for failing to truthfully identify the number of cases he has brought before bringing this action and the dispositions thereof.   On January 30, 2006, in Case No. 05-1376 REC SMS P, plaintiff was denied leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), for having filed at least three prior actions which had been dismissed for failure to state a claim.[2]

Plaintiff must, within twenty days of the filed date of this order, show cause why this court should not impose the sanction of dismissal pursuant to Fed. R. Civ. P. 11(c)(1)(B) for violation of Fed. R. Civ. P. 11(b).  Failure to respond timely to this order will result in a recommendation of dismissal with prejudice of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff must show cause why, within twenty days of the filed date of this order, this court should not impose the sanction of dismissal, under Fed. R. Civ. P. 11(c)(1)(B) for violation of Fed. R. Civ. P. 11(b), for plaintiff's failure to declare truthfully the number of cases he had filed prior to filing this action; and

\\\\\

---

[1] A court may take judicial notice of court records.  See Barron v. Reich, 13 F.3d 1370, 1377 (9th Cir. 1994); MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] The federal in forma pauperis statute, 28 U.S.C. § 1915(g)  includes a limitation on the number of actions in which a prisoner can proceed in forma pauperis: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under [§ 1915(g)] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

1            2. Plaintiff must identify the disposition of each of the lawsuits he has filed as a

2   prisoner (no less than 11) prior to this action.

3   DATED: 10/25/06

                                  /s/ Gregory G. Hollows

4                                 _____

                                UNITED STATES MAGISTRATE JUDGE

5   GGH:009

   will1073.osc