IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

       Plaintiff,                     No. CIV S-06-1073 DFL GGH P

       vs.

PRISON INDUSTRY AUTHORITY, et al.,

       Defendants.            ORDER

/

       Plaintiff has requested an extension of time to file a response to the court's October 26, 2006, order to show cause. Stating only that he "is unable to meet the time limitations imposed....," plaintiff does not provide a specific basis for his request. Nevertheless, the court will allow a single time extension.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 22, 2006, request for an extension of time is granted;

       2. Plaintiff is granted twenty days from the date of this order in which to file a response to the court's October 26, 2006, order to show cause; and

       3. There will be no further extension of time.

DATED: 12/4/06                                  /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009/mp - will1073.eot