IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRISONER INDUSTRIAL AUTHORITY, *et al.*,<br><br>　　　　　Defendants. | No. 2:06-cv-1073-JKS-GGH<br><br>ORDER |

　　　　　Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　　On January 29, 2007, the Magistrate Judge filed Findings and Recommendations, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. No objections to the Findings and Recommendations have been filed.

　　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

　　　　　Accordingly, IT IS HEREBY ORDERED THAT:

1.　　The Findings and Recommendations filed January 29, 2007, are adopted in full;
2.　　The Complaint is DISMISSED, without prejudice; and
3.　　The Clerk of the Court to enter final judgment accordingly.

　　　　　Dated: February 20, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge